PER CURIAM':
These claims against the Farm Management Commission were submitted for decision upon the pleadings. The claimants *37 seek payment for various goods and services furnished to the respondent as follows:
Claim No. Claimant Amount
CC-81-231 Fullen Fertilizer Company, Inc. _ $ 453.65
CC-81-211 Eglon Farm Service_ $ 16,709.35
CC-81-213 Swisher’s Feed and Supply _ $ 2,068.40
CC-81-218 Corder Tractor & Equipment Company _ $ 210.52
CC-81-221 Heritage Equipment Company. $ 268.12
CC-81-222 Dearing Brothers, Inc... $ 591.34
CC-81-223 McGhee & Company _____. $ 13.25
CC-81-224 North Central Dairy Herd Improvement Association _ $ 270.07
CC-81-226 G. Jay Crissman, D.Y.M_ $ 265.00
CC-81-227 Frank’s Service Center _______ $ 110.43
CC-81-228 Tygarts Valley Sanitation, Inc. $ 60.00
CC-81-229 Elkins Tire Company_ $ 140.76
CC-81-230 Henderson Implement Company_ $ 618.14
CC-81-232 Joalde Sales & Service_____.. $ 35.87
CC-81-233 Mountain Mobile Milling. $ 200.75
CC-81-234 Greenbrier Tractor Sales, Inc. $ 4,717.67
CC-81-235 Pickens Hardware Co., Inc... $ 239.49
CC-81-239 *Boso Agri-Center, Inc... $ 8,585.13
CC-81-240 Young’s Inc__ $ 211.00
CC-81-241 Sky land Hospital Supply .. $ 77.00
CC-81-242 Liggett’s Supply _ $ 638.48
CC-81-243 Keefer’s Service Center _ $ 3,219.64
CC-81-249 Winchester Equipment Co__ $ 155.34
CC-81-195 & CC-81-252 Union Oil Company of California_ $ 8,002.98
CC-81-255 Marshall County Cooperative, Inc._ $ 78.00
CC-81-258 **Virginia Harvestore, Inc. ___ $ 1,146.72
CC-81-264 Greenbrier Valley Farm Center, Inc._ $ 3,212.90
CC-81-268 Lewis & Burge, Inc... $ 170.96
CC-81-269 Southern States Marlinton, Cooperative _ $ 29.85
*38 Amount Claim No. Claimant
1,622.07 CC-81-270 Hedlund Manufacturing Co., Inc.
1,000.40 CC-81-273 J. H. Holt Plumbing and Heating, Inc...-..
425.54 CC-81-274 Johnston Alternator and Trailer Sales, Inc.......
208.30 CC-81-279 Darwin O. Fike, d/b/a Surge Sales and Service_
28.00 CC-81-280 West Virginia Turnpike Commission ___
150.00 CC-81-284 G. W. Wandling____
922.28 CC-81-285 *Lawson Products, Inc.
55.00 CC-81-286 Robert M. Flesher, D.V.M.-Upshur Veterinary Hospital _ -ee-
412.07 CC-81-293 Agway, Inc______ -es-
556.00 CC-81-294 Elkins Machine & Electric Co. -€/*
3,344.55 CC-81-295 Frank J. Cary, D.V.M.-Mountainland Animal Hospital ..
273.00 CC-81-300 Weston Veterinary Clinic _
249.00 CC-81-304 John R. Tomlinson, D.V.M.-Fairlea Animal Hospital _
117.40 CC-81-306 Blue Grass Equipment, Inc. ....
48.65 CC-81-310 Nasco _:___
68.00 CC-81-313 Whitman Exterminating Company .
188.00 CC-81-314 Beckley Veterinary Hospital, Inc. ....
675.00 CC-81-318 Fulton-Thompson Tractor Sales, Inc.
85.30 CC-81-321 Tygarts Valley D.H.I.A...
677.40 CC-81-327 Gibson’s Scale Service...
28.20 CC-81-328 Overnite Transportation Co..
667.16 CC-81-330 Ward Auto Parts Co....
1,588.50 CC-81-331 Town & Country Veterinary Clinic ..
595.67 CC-81-335 Humberson Farm Equipment ..
119.50 CC-81-336 Firestone Stores...
122.25 CC-81-337 James L. Davison ..
65.06 CC-81-338 Cecil E. Jackson Equipment, Inc. ..
205.34 CC-81-339 Pioneer Harvestore Systems, Inc.
24,591.24 CC-81-348 Southern States Elkins Coop., Inc.
540.70 CC-81-352 Bessire & Company, Inc...
*39 Amount Claim No. Claimant
$ 2,748.00 CC-81-357 West Virginia Artificial Breeders
$ 527.46 CC-81-360 Mason County D.H.I.A., Inc. ..
$ 747.24 CC-81-382 Jefferds Corporation .....
51.60 CC-81-384b The Firestone Tire and Rubber Company ...
The respondent admits the validity and amounts of these claims, but further alleges that sufficient funds were not available at the close of the fiscal years in question from which the obligations could have been paid.
While we feel that these claims should, in equity and good conscience, be paid, we further believe that awards cannot be made, based on our decision in Airkem Sales and Service, et al. v. Department of Mental Health, 8 Ct.Cl. 180 (1971).
Claims disallowed.

 Amended by Court Order to $8,406.83.

 Interest and/or finance charges denied.

 Interest and/or finance charges denied.